IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** \_\_\_ _____ |
| | : | |
| v. | : | **DATE FILED:** _____ |
| | : | |
| **ROBERT J. THOMPSON** | : | **VIOLATION:** |
| | : | 18 U.S.C. § 2252(a)(4)(B) (possession of |
| | : | child pornography - 1 count) |

## I N F O R M A T I O N

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about August 14, 2008, in the Eastern District of Pennsylvania and elsewhere, defendant

**ROBERT J. THOMPSON**

knowingly possessed one or more matters, that is, computers and computer hard drives containing approximately 200 visual depictions that had been shipped and transported in interstate and foreign commerce.  The production of these visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of minors engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

_____
**MICHAEL L. LEVY**
**United States Attorney**